B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 10–35819**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Juan F Feraud | Alba B Calispa |
| 1823 N Lawndale Ave. | 1823 N Lawndale Ave. |
| Basement | Basement |
| Chicago, IL 60647 | Chicago, IL 60647 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–3312                    xxx–xx–3240

Employer Tax ID / Other nos.:

### DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: November 16, 2010              Kenneth S. Gardner, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mjerdine              Page 1 of 2              Date Rcvd: Nov 16, 2010
Case: 10-35819                 Form ID: b18                Total Noticed: 85


The following entities were noticed by first class mail on Nov 18, 2010.
db/jdb        +Juan F Feraud,    Alba B Calispa,    1823 N Lawndale Ave.,    Basement,    Chicago, IL 60647-4717
aty           +David M Siegel,    David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL 60090-6005
15978655      +AT&T,   c/o: Enhancerde,    10550 Deerwood Park Blvd.,    Jacksonville, FL 32256-0596
15978656      +AT&T,    Bankruptcy Dept/Attn: Linda Adams,    6021 S. Rio Grande Ave., 1st Floor,
                Orlando, FL 32809-4613
15978651      +American Express,    PO Box 17313,    Baltimore, MD 21297-1313
15978654      +Anna Sacco-Miller Attnorey at Law,    PO Box 735,    Dixon, IL 61021-0735
15978657      +Aurora Loan Services, LLC,    c/o Ira T Nevel,    175 N Franklin #201,    Chicago, IL 60606-1847
15978658      +B.A. Merchant Services,    1231 durrett Lane,    Louisville, KY 40213-2041
15978666       BK of Amer,    4060 Ogletown/Stanton Rd.,    Newark, DE 19713
15978659       Baker, Miller, Markoff & Krasny,    29 N. Wacker Drive,    5th Floor,    Chicago, IL 60606-2854
15978660      +Banfield,    8000 NE Tillamook Street,    Portland, OR 97213-6655
15978663      +Bank of America,    c/o NCO Financial Systems, Inc.,    507 Prudential Road,
                Horsham, PA 19044-2308
15978662       Bank of America,    PO Box 53150,    Phoenix, AZ 85072-3150
15978668      +Cap One Auto Mail Only,    3901 North Dallas Tollway,    Plano, TX 75093-7864
15978670       Chase,   c/o Northstar,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
15978671      +Chase Bank,    National Payment Services,    PO Box 182223, Dept. OH1-1272,
                Westerville, OH 43218-2223
15978674       Chicago Departmet of Revenue,    Remittance Center,    PO Box 88292,    Chicago, IL 60680-1292
15978675      +Child Support Division,    28 N Clark Street,    Room 200,    Chicago, IL 60602-2700
15978678      +City of Chicago,    c/o Arnold Scott Harris, PC,    222 Merchandise Mart Plaza, Ste 193,
                Chicago, IL 60654-1103
15978677       City of Chicago,    c/o CTI Collection Services,    PO Box 1022,    Wixom, MI 48393-1022
15978679      +Comcast,    c/o Credit Management,    4200 International Parkway,    Carrollton, TX 75007-1912
15978681      +Commonwealth Edison,    c/o ER Solutions,    PO Box 6030,    Hauppauge, NY 11788-9030
15978680       Commonwealth Edison,    c/o Contract Callers, Inc.,    PO Box 212489,    Augusta, GA 30917-2489
15978682       Cook County Clerk,    118 N. Clark St., Room 112,    Chicago, IL 60602-1332
15978683       Cook County State's Attorney,    Bad Check Restitution Program,    P.O. Box A3984,
                Chicago, IL 60690-3984
15978684       Cook County Treasurer,    PO Box 4488,    Carol Stream, IL 60197-4488
15978686      +Ebay,   c/o I.C. System, Inc.,    444 Highway 96 East,    Saint Paul, MN 55127-2557
15978687       Ebay, Inc.,    PO Box 2179,    Carol Stream, IL 60134-2179
15978688      +Envios de Valores La Nacional,    c/o Stein & Rotman,    105 W Madison $605,
                Chicago, IL 60602-4602
15978689      +GE Money Bank,    c/o NCO Financial Systems, Inc.,    PO Box 4906, Dept. 64,
                Trenton, NJ 08650-4906
15978693       GMAC,   c/o Synergetic Communication, Inc.,    1301 E 3rd Ave, Ste 200,
                Post Falls, ID 83854-7545
15978695      +HFC,    PO Box 3425,    Buffalo, NY 14240-3425
15978696       Hilda Gonzalez,    Chicago, IL
15978698      +Hoy Publications,    c/o Jack H RottnerRottner,    PO Box 10417,    Chicago, IL 60610-0417
15978706       INDYMAC BK,    6900 Beatrice Dr.,    PO Box 4045,    Kalamazoo, MI 49003-4045
15978703      +Illinois Dept. of Healthcare & Fam.,    PO Box 19405,    Springfield, IL 62794-9405
15978704      +Indy Mac Bank,    PO BOx 78826,    Phoenix, AZ 85062-8826
15978705      +Indy Mac Bank,    c/o Ira Nevel,    175 N Franklin #201,    Chicago, IL 60606-1847
15978707      +Intermex,    c/o Centurion Asset Management,    285 E Orange Grove Blvd,    Pasadena, CA 91104-4239
15978709     ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court:  NCO Fin/99,    PO Box 41466,    Philadelphia, PA 19101)
15978708      +MMCA/C1,    3120 Rider Trail South,    Earth City, MO 63045-1518
15978710      +NCO Financial Services,    507 Prudential Road,    Horsham, PA 19044-2368
15978711      +Northeaster Illinois University,    5500 North St. Louis Ave,    Chicago, IL 60625-4699
15978712      +Omnex Group,    c/o Abrams, Abrams, PC,    180 W Washington #910,    Chicago, IL 60602-2316
15978714      +Orlando Arango,    2315 W Fullerton Ave,    60647-3225,   Unknown
15978715      +Peoples Gas,    C/o Americllct,    1851 South Alverno rd.,    Manitowoc, WI 54220-9208
15978716      +Peoplesene,    130 E Randolph Drive,    Chicago, IL 60601-6302
15978720      +RIA Financial Services,    13825 Cerritos Corporate Dr., Ste.C,    Cerritos, CA 90703-2471
15978718      +Recovery Services, Inc.,    5251 Westheimer,    Houston, TX 77056-5412
15978719      +Resmae Mortgage Corporation,    7101 College Blvd Suite 1400,    Overland Park, KS 66210-2082
15978724      +St. Augustine College,    1345 W Argyle Street,    Chicago, IL 60640-3501
15978725       Stamps.com,    Dept. 0398,    PO Box 120398,    Dallas, TX 75312-0398
15978726      +THD/CBSD,    CCS Gray OPS Center,    541 Sid Martin Road,    Gray, TN 37615-6210
15978727       TRS Recovery Services,    PO Box 60022,    City Of Industry, CA 91716-0022
15978729     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    PO Box 5227,    Cincinnati, OH 45201)
15978730      +Verizon Wireless,    c/o Divine & Services, Ltd,    13809 Research Blvd, Ste 800,
                Austin, TX 78750-1211
15978731      +Viamericas Corporation,    4641 Montgomery Ave,    Suite 400,    Bethesda, MD 20814-3431
15978735       WFNNB/RMPL,    PO Box 337003,    NorthGlenn, CO 80233-7003
15978736      +Woodhaven Association,    509 LaMoille Road,    Sublette, IL 61367-6700
15978737      +World Omni Fin Corp,    c/o Commercial recovery System,    8035 East R.L. Thornton, Ste 220,
                Dallas, TX 75228-7145

The following entities were noticed by electronic transmission on Nov 17, 2010.
tr            +EDI: FHEFOX.COM Nov 16 2010 22:38:00      Horace Fox, JR,    Lehman & Fox,    6 E Monroe St,
                Chicago, IL 60603-2704
15978652       EDI: AMEREXPR.COM Nov 16 2010 22:38:00      American Express,    Box 0001,
                Los Angeles, CA 90096-0001
15978653      +EDI: AMEREXPR.COM Nov 16 2010 22:38:00      American Express,    PO Box 981537,
                El Paso, TX 79998-1537
15978661      +EDI: BANKAMER.COM Nov 16 2010 22:33:00      Bank of America,    PO Box 851001,
                Dallas, TX 75285-1001
15978664      +EDI: HFC.COM Nov 16 2010 22:33:00      Beneficial,    4750 N Western Ave,    Chicago, IL 60625-2013
```

```
District/off: 0752-1          User: mjerdine              Page 2 of 2               Date Rcvd: Nov 16, 2010
Case: 10-35819                Form ID: b18                Total Noticed: 85

The following entities were noticed by electronic transmission (continued)
15978665     +EDI: HFC.COM Nov 16 2010 22:33:00      Benfcl/HFC,   P.O. Box 1547,   Chesapeake, VA 23327-1547
15978667      EDI: CAPITALONE.COM Nov 16 2010 22:33:00      Cap One,   Po Box 85015,   Richmond, VA 23285
15978669     +EDI: CAPITALONE.COM Nov 16 2010 22:33:00      Capital One,   PO Box 6492,
              Carol Stream, IL 60197-6492
15978672      EDI: CHASE.COM Nov 16 2010 22:38:00      Chase Card Services,   PO Box 15298,
              Wilmington, DE 19850-5298
15978673     +EDI: CHASE.COM Nov 16 2010 22:38:00      Chasecard,   201 N Walnut St,   DE1-1027,
              Wilmington, DE 19801-2920
15978676      EDI: CITICORP.COM Nov 16 2010 22:33:00      Citi,   c/o Citi Corp.,   PO Box 6500,
              Sioux Falls, SD 57117-6500
15978685      EDI: DISCOVER.COM Nov 16 2010 22:33:00      Discover Card,   PO Box 30421,
              Salt Lake City, UT 84130-0421
15978690     +EDI: RMSC.COM Nov 16 2010 22:33:00      Gemb/IKEA,   4125 Windward Plaza Drive,
              Alpharetta, GA 30005-8738
15978691     +EDI: RMSC.COM Nov 16 2010 22:33:00      Gemb/Sam,   PO Box 981400,   El Paso, TX 79998-1400
15978694      EDI: RMSC.COM Nov 16 2010 22:33:00      Green Tree,   PO Box 6172,   Rapid City, SD 57709-6172
15978699     +EDI: HFC.COM Nov 16 2010 22:33:00      HSBC,   Payment Processing Center,   PO Box 5253,
              Carol Stream, IL 60197-5253
15978701      EDI: HFC.COM Nov 16 2010 22:33:00      HSBC/Carson,   PO Box 15524,   Wilmington, DE 19850
15978700     +EDI: HFC.COM Nov 16 2010 22:33:00      HSBC Card Services,   PO Box 88000,
              Baltimore, MD 21288-0001
15978702     +EDI: HFC.COM Nov 16 2010 22:33:00      HSBC/Micro,   PO Box 703,   Wood Dale, IL 60191-0703
15978697     +EDI: CITICORP.COM Nov 16 2010 22:33:00      Home Depot,   Bankruptcy Department,   PO Box 20483,
              Kansas City, MO 64195-0483
15978713     +EDI: HFC.COM Nov 16 2010 22:33:00      Orchard Bank,   Household Credit Serv.,   PO Box 17051,
              Baltimore, MD 21297-1051
15978722     +EDI: RMSC.COM Nov 16 2010 22:33:00      Sam's Club,   PO Box 530942,   Atlanta, GA 30353-0942
15978728     +EDI: CITICORP.COM Nov 16 2010 22:33:00      UNVL/CITI,   PO Box 6241,   Sioux Falls, SD 57117-6241
15978734      EDI: WFNNB.COM Nov 16 2010 22:38:00      WFNNB/Express,   PO Box 330066,
              Northglenn, CO 80233-8066
15978733      EDI: WESTASSET.COM Nov 16 2010 22:38:00      West Asset Management,   Bankruptcy Department,
              7333 Tam O'Shanter,   Stockton, CA 95210-3370
                                                                                               TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15978692      Giromex,    Unknown
15978717      Pronto Envios,    Unknown
15978723      Sigue,    Unknown
15978732      Vigo/Western Union,    Unknown
15978721*    +Ria Financial Services,   13825 Cerritos Corporate Drive,   Suite C,   Cerritos, CA 90703-2471
                                                                                    TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2010**                **Signature:** _Joseph Speetjens_